FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2026

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANJANETTE THAIN-BINGHAM, | |
| Plaintiff, | No.  2:26-cv-00106-SAB |
| v. | |
| TYESSE WEBB, | **ORDER OF DISMISSAL** |
| Defendant. | |

On March 10, 2026, the Court ordered Plaintiff to show cause why the Complaint should not be dismissed as frivolous, or in the alternative, granted leave to file an amended complaint. Plaintiff has failed to take any action.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

2.    Defendant's Motion to Dismiss, ECF No. 6, is **DISMISSED AS MOOT**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 7th day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 1**